UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY DIJKSTRA,<br><br>             Plaintiff,<br><br>      v.<br><br>I. CAMPOS GARCIA,<br><br>             Defendant. | Case No. 1:22-cv-00310-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE AND THAT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS BE DENIED AS MOOT<br><br>(ECF No. 2)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE |

  Cody Dijkstra ("Plaintiff") is a state prisoner proceeding *pro se* in this in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on March 17, 2022. (ECF No. 1). As it appeared that on August 12, 2021, Plaintiff filed a complaint against the same defendant based on identical allegations in <u>Dijkstra v. Campos</u>, E.D. CA, Case No. 1:21-cv-01223 (ECF No. 1), the Court ordered Plaintiff to show cause why this case should not be dismissed as duplicative of Case No. 1:21-cv-01223.

  On April 1, 2022, Plaintiff filed his response. (ECF No. 8). Plaintiff states that he was

under the impression that he had to re-file Case No. 1:21-cv-01223. Plaintiff states that, if Case No. 1:21-cv-01223 is still active, Plaintiff wants this case to be dismissed. Plaintiff also states that he wants to increase the amount of money he demanded to 1.1 million dollars.

Case No. 1:21-cv-01223 is still active. Plaintiff filed a First Amended Complaint in that case (ECF No. 14), and that complaint is awaiting screening. As Plaintiff filed this case based on the mistaken belief that he was supposed to re-file his complaint, the Court will recommend that this case be dismissed without prejudice and that Plaintiff's application to proceed *in forma pauperis* be denied.

The Court notes that if Plaintiff wants to amend the complaint that he filed in Case No. 1:21-cv-01223, he needs to file a motion for leave to amend in that case, along with a copy of the proposed amended complaint. As this case was filed in error, it is not the appropriate case to make such a request.

Accordingly, the Court HEREBY RECOMMENDS that:

1. This action be dismissed without prejudice;
2. Plaintiff's application to proceed *in forma pauperis* be denied as moot; and
3. The Clerk of Court be directed to close this case.

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

\\\
\\\
\\\
\\\

Additionally, IT IS ORDERED that the Clerk of Court is directed to assign a district judge to this case.

IT IS SO ORDERED.

Dated:  **April 6, 2022**                         /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE